IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  PEGGY V. HILL,                     : NO.  25-12970
                                           :
    DEBTOR                             :

**PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO CLAIM
MONTGOMERY COUNTYTAX CLAIM BUREAU (Claim 1-1)**

TO THE CLERK OF THE BANKRUPTCY COURT:

Please mark the objection of debtor Peggy V. Hill to the claim of Montgomery County Tax Claim Bureau in the amount of $ 43,065.77, filed as Claim 1-1 in this matter, as WITHDRAWN.  The Montgomery County Tax Claim Bureau will file an amended claim for an amount agreed to by the parties.

                                            /s/CHARLES W. CAMPBELL
                                            CHARLES W. CAMPBELL
                                            Attorney for Debtor Peggy V. Hill
                                            I.D. No. 37206
                                            1 East Airy Street
                                            Norristown, PA  19401
                                            Phone:  (610) 272-2400
                                            Fax: (610) 991-2242
                                            Email:  cwcampbell3@gmail.com